1   Amy F. Sorenson, Esq. (Nevada Bar No. 12495)
2   Karl O. Riley, Esq. (Nevada Bar No. 12077)
    SNELL & WILMER L.L.P.
3   3883 Howard Hughes Parkway, Suite 1100
    Las Vegas, NV  89169
4   Telephone:  (702) 784-5200
    Facsimile:   (702) 784-5252
5   asorenson@swlaw.com
    kriley@swlaw.com
6
7   *Attorneys for Defendant Wells Fargo Bank, N.A.*

8                  UNITED STATES DISTRICT COURT

9                       DISTRICT OF NEVADA

10

11  WAYNE H. BEST, an individual,

12                  Plaintiff,                    Case No. 2:15-cv-00493-JCM-PAL

13  vs.                                           **STIPULATION AND ORDER TO
                                                  EXTEND TIME TO ANSWER**
14  EQUIFAX INFORMATION SERVICES,
    LLC; WELLS FARGO BANK; and                    **(SECOND REQUEST)**
15  COMMERCE BANK,

16                  Defendants.

17

18          Plaintiff Wayne Best and Defendant Wells Fargo Bank ("Wells Fargo," together with

19  Plaintiff, the "Parties"), by and through their attorneys, hereby stipulate to extend the time for

20  Wells Fargo to respond to Plaintiff's Complaint.

21          WHEREAS, on March 18, 2015, Plaintiff filed her Complaint;

22          WHEREAS, a Waiver of Service of Summons was signed on April 13, 2015 for Wells

23  Fargo to answer on May 22, 2015;

24          WHEREAS, a Stipulation and Order to Extend Time was previously granting allowing

25  Wells Fargo to answer on June 22, 2015**;**

26          WHEREAS, the Parties agree to extend Wells Fargo's time to respond to Plaintiff's

27  Complaint to consider potential resolution of this matter;

28

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 HOWARD HUGHES PARKWAY, SUITE 1100
LAS VEGAS, NEVADA 89169
(702)784-5200

WHEREAS this request is not made for purposes of delay and is supported by good cause;

NOW, THEREFORE, in consideration of the foregoing, and for good cause, IT IS HEREBY STIPULATED AND AGREED, by and between the Parties as follows:

1.     Wells Fargo will respond to Plaintiff's Complaint on or before July 22, 2015.

**IT IS SO STIPULATED.**

DATED this 17th day of June, 2015.                    DATED this 17th day of June, 2015.

                                                      SNELL & WILMER L.L.P.


By: /s/ Danny J. Horen_____        By: /s/ Karl O. Riley_____
    Danny J. Horen, Esq.                          Amy F. Sorenson, Esq.
    Nevada Bar No. 13153                          Nevada Bar No. 12495
    KAZEROUNI LAW GROUP, APC                      Karl O. Riley, Esq.
    7854 W. Sahara Avenue                         Nevada Bar No. 12077
    Las Vegas, Nevada 89117                       3883 Howard Hughes Parkway, Suite 1100
    Tel: (702) 485-3300                           Las Vegas, Nevada 89169
                                                  Tel: (702) 784-5200
    David H. Krieger                              *Attorneys for Defendant Wells Fargo*
    Nevada Bar No. 9086                           *Bank, N.A.*
    HAINES & KRIEGER, LLC
    8985 S. Eastern Avenue
    Henderson, NV 89123
    Tel: (702) 880-5554

    *Attorneys for Plaintiff*


## ORDER

IT IS ORDERED THAT Wells Fargo shall respond to Plaintiff's Complaint on or before July 22, 2015.

    **IT IS SO ORDERED.**


DATED: June 24, 2015.

UNITED STATES MAGISTRATE JUDGE

21886291.1

- 2 -