Amy F. Sorenson, Esq. (Nevada Bar No. 12495)
Karl O. Riley, Esq. (Nevada Bar No. 12077)
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV  89169
Telephone:  (702) 784-5200
Facsimile:  (702) 784-5252
asorenson@swlaw.com
kriley@swlaw.com

*Attorneys for Defendant Wells Fargo Bank, N.A.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| WAYNE H. BEST, an individual,<br><br>          Plaintiff,<br><br>vs.<br><br>EQUIFAX INFORMATION SERVICES, LLC; WELLS FARGO BANK; and COMMERCE BANK,<br><br>          Defendants. | Case No. 2:15-cv-00493-JCM-PAL<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO ANSWER**<br><br>**(THIRD REQUEST)** |

Plaintiff Wayne Best and Defendant Wells Fargo Bank ("Wells Fargo," together with Plaintiff, the "Parties"), by and through their attorneys, hereby stipulate to extend the time for Wells Fargo to respond to Plaintiff's Complaint.

WHEREAS, on March 18, 2015, Plaintiff filed her Complaint;

WHEREAS, a Stipulation and Order to Extend Time was previously granting allowing Wells Fargo to answer on July 22, 2015**;**

WHEREAS, the Parties agree to extend Wells Fargo's time to respond to Plaintiff's Complaint to consider potential resolution of this matter;

WHEREAS this request is not made for purposes of delay and is supported by good cause;

NOW, THEREFORE, in consideration of the foregoing, and for good cause, IT IS HEREBY STIPULATED AND AGREED, by and between the Parties as follows:

1. Wells Fargo will respond to Plaintiff's Complaint on or before August 24, 2015.

**IT IS SO STIPULATED.**

DATED this 22th day of July, 2015.                                      DATED this 22th day of July, 2015.

                                                                                SNELL & WILMER L.L.P.

By: /s/ Danny J. Horen                                      By: /s/ Karl O. Riley
    Danny J. Horen, Esq.                                          Amy F. Sorenson, Esq.
    Nevada Bar No. 13153                                          Nevada Bar No. 12495
    KAZEROUNI LAW GROUP, APC                                      Karl O. Riley, Esq.
    7854 W. Sahara Avenue                                         Nevada Bar No. 12077
    Las Vegas, Nevada 89117                                       3883 Howard Hughes Parkway, Suite 1100
    Tel: (702) 485-3300                                           Las Vegas, Nevada 89169
                                                  Tel: (702) 784-5200
    David H. Krieger                                              *Attorneys for Defendant Wells Fargo*
    Nevada Bar No. 9086                                           *Bank, N.A.*
    HAINES & KRIEGER, LLC
    8985 S. Eastern Avenue
    Henderson, NV 89123
    Tel: (702) 880-5554

*Attorneys for Plaintiff*

### ORDER

**IT IS ORDERED THAT** Wells Fargo shall respond to Plaintiff's Complaint on or before August 24, 2015.

**IT IS SO ORDERED.**

DATED: _____July 27_____, 2015.

                                                                         _____
                                                                         UNITED STATES MAGISTRATE JUDGE