Danny J. Horen, Esq.
NV Bar No. 13153
Kazerouni Law Group, APC
7854 W. Sahara Avenue
Las Vegas, NV 89117
Telephone: (800) 400-6808x7
Facsimile: (800) 520-5523
danny@kazlg.com

David H. Krieger, Esq.
NV Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 130
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| **WAYNE H. BEST,** | **Case No.:** 2:15-cv-00493-JCM-PAL |
| Plaintiff, | |
| v. | **NOTICE OF SETTLEMENT BETWEEN PLAINTIFF AND WELLS FARGO FINANCIAL NEVADA, INC.** |
| **EQUIFAX INFORMATION SERVICES, LLC; WELLS FARGO BANK; AND COMMERCE BANK,** | |
| Defendants. | |

NOTICE OF SETTLEMENT

**NOTICE IS HERBY GIVEN** that the dispute between WAYNE BEST ("Plaintiff") and Defendant WELLS FARGO FINANCIAL NEVADA, INC. ("Wells Fargo") has been resolved on an individual basis. The parties anticipate filing a Stipulation for Dismissal as to the named Plaintiff's claims against Wells Fargo, with Prejudice, within 60 days. Plaintiff requests that all pending dates and filing requirements as to Wells Fargo be vacated and that the Court set a deadline on or after October 19, 2015 for filing a Dismissal of Wells Fargo.

Dated: August 19, 2015

                                                                                                RESPECTFULLY SUBMITTED,

                                                                    By:  /s/ Danny J. Horen_____
                                                                        DANNY J. HOREN, ESQ.
                                                                        ATTORNEY FOR PLAINTIFF

    IT IS ORDERED that the parties shall have until **October 20, 2015,** to either file a stipulation to dismiss, or a joint status report advising when the stipulation will be received.
    Dated this 21st day of August, 2015

                                                  Peggy A. Leen
                                                  United States Magistrate Judge