UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| WAYNE H. BEST,<br><br>                    Plaintiff,<br>v.<br>WELLS FARGO BANK, et al.<br><br>                    Defendants. | Case No. 2:15-cv-00493-JCM-PAL<br><br>ORDER |

Before he court is the Notice of Change of Attorney (Dkt. #22) filed September 22, 2015. The notice requests that Amy Sorenson of Dickinson Wright PLLC for Defendant Wells Fargo be removed from the case as "she will no longer appear on behalf of Wells Fargo…." It further requests that Ms. Sorenson no longer receive electronic notifications.

Leave of court is required to allow an attorney to withdraw once an appearance has been made which requires notice to the affected client and opposing counsel.  See, LR IA 10-6(b).  No explanation is provided, and a notice is insufficient.  Accordingly,

**IT IS ORDERED** that the parties Notice of Change of Counsel and the request for removal from CMECF Service List (Dkt. #22) is **DENIED without prejudice**.  Counsel shall comply with LR 10-6 in further requests of this nature.

DATED this 24th day of September, 2015.

PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE