Michael Kind, Esq.
NV Bar No. 13903
**KAZEROUNI LAW GROUP, APC**
7854 W. Sahara Avenue
Las Vegas, NV 89117
Phone: (800) 400-6808 x7
FAX: (800) 520-5523
mkind@kazlg.com

David H. Krieger, Esq.
NV Bar No. 9086
**HAINES & KRIEGER, LLC**
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff,
Wayne H. Best*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| WAYNE H. BEST, | Case No.: 2:15-cv-00493-JCM-PAL |
| Plaintiff, | |
| v. | **STIPULATION OF DISMISSAL OF DEFENDANT WELLS FARGO BANK** |
| EQUIFAX INFORMATION SERVICES, LLC, WELLS FARGO BANK and COMMERCE BANK, | |
| Defendants. | |

1    Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff
2  Wayne H. Best ("Plaintiff") and Defendant Wells Fargo Bank ("Defendant")
3  stipulate to dismiss with prejudice Plaintiff's claims against Defendant only, in this
4  matter.  Each party will bear its own costs, disbursements, and attorney fees.

5    DATED this 22nd day of January 2016.

7    **KAZEROUNI LAW GROUP, APC**

8    By:  /s/ Michael Kind
     Michael Kind, Esq.
9    7854 W. Sahara Avenue
10   Las Vegas, NV 89117
     *Attorneys for Plaintiff*
11

12   **SNELL & WILMER L.L.P.**

13   By:  /s/ Karl O Riley
14   Karl O Riley, Esq.
     3883 Howard Hughes Parkway
15   Las Vegas, NV 89169
16   *Attorneys for Wells Fargo Bank*

17

18                    IT IS SO ORDERED:

19                    _____
20                    UNITED STATES DISTRICT JUDGE

21
                      DATED: January 26, 2016
22                          _____

**CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY pursuant to Rule 5 of the Federal Rules of Civil Procedure that on January 22, 2016, the foregoing STIPULATION OF DISMISSAL OF DEFENDANT WELLS FARGO BANK was served via CM/ECF to all parties appearing in this case.

**KAZEROUNI LAW GROUP, APC**

By: /s/ Michael Kind
Michael Kind
7854 W. Sahara Avenue
Las Vegas, NV 89117